```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
 6    Telephone:  (415) 436-6888
      Fax:        (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA and MICHAEL PARISI, Revenue Agent, | ) CV 08 4021 |
|---|---|
| Petitioners, | ) VERIFIED PETITION TO |
| v. | ) ENFORCE INTERNAL |
| | ) REVENUE SERVICE SUMMONS |
| LARELL H. BALDWIN, | ) |
| Respondent. | ) |

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Agent, **MICHAEL PARISI**, allege and petition as follows:

1.  This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2.  Petitioner **MICHAEL PARISI** is and at all times mentioned herein was an employee and agent of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

///

1      3.     Petitioner **MICHAEL PARISI** is and at all times mentioned herein was attempting in the course of authorized duties to determine certain federal tax liabilities, including but not limited to Internal Revenue Code Sections 6700 and 6701 penalties, of **LARELL H. BALDWIN** for the tax years 2000, 2001, 2002, 2003, and 2004.

    4.     Petitioner **MICHAEL PARISI** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to determine the aforementioned federal tax liabilities of **LARELL H. BALDWIN**, for the periods stated in paragraph 3 above.

    5.     Respondent **LARELL H. BALDWIN** 's last known address is 250A Tabor Drive, Scotts Valley, CA 95066-2847, which is within the venue of this Court.

    6.     Petitioner **MICHAEL PARISI** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

    7.     On April 29, 2008, in accordance with law, Petitioner **MICHAEL PARISI** served a summons on respondent **LARELL H. BALDWIN** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons with Kathleen Baldwin at the last and usual place of abode of the respondent **LARELL H. BALDWIN**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

    8.     The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination of the above-mentioned federal tax liabilities of **LARELL H. BALDWIN** for the periods stated in paragraph 3 above. It was and now is essential to completion of petitioner's inquiry regarding the determination of the above-mentioned federal tax liabilities of **LARELL H. BALDWIN** for the periods stated in paragraph 3 above that respondent produce the items demanded by said summons.

    9.     The respondent did not appear on June 4, 2008, as requested in the summons.

10. By letter dated June 18, 2008, respondent **LARELL H. BALDWIN** was provided with another opportunity to comply by appearing for an appointment with Petitioner **MICHAEL PARISI** on July 1, 2008. See Exhibit B.

11. As of the date of this petition, the respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why she should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **MICHAEL PARISI** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID L. DENIER
Assistant United States Attorney
Tax Division

Verified Petition To Enforce
IRS Summons                              3



# Summons

In the matter of  Larell H. Baldwin
Internal Revenue Service (Division):  Small Business and Self-Employed Compliance Division
Industry/Area (name or number):  Area 7
Periods: Year(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004

### The Commissioner of Internal Revenue

To:  Larell H. Baldwin

At:  250A Tabor Drive  Scotts Valley, California 95066-2847

You are hereby summoned and required to appear before  Michael Parisi
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see the Instructions, Definitions, and Requested Items in ATTACHMENT A to this summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
1395 Ridgewood Drive, Suite 200  Chico, California 95973  (530) 343-8258 x212

**Place and time for appearance at** Internal Revenue Service
1301 Clay Street, Suite 990S, Ninth Floor, Oakland, California 94612

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___4th___ day of ___June___, ___2008___ at ___11:00___ o'clock ___a___ m.
Issued under authority of the Internal Revenue Code this ___29th___ day of ___April___, ___2008___
                                                                                              (year)

_____           Revenue Agent
Signature of issuing officer        Title

_____           Group Manager
Signature of approving officer (if applicable)   Title

EXHIBIT  A            Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 4/29/2008 | 1:40 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Kathleen Baldwin

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: 
250A Tabor Drive  Scotts Valley, California 95066-2847

| Signature | Title |
|---|---|
| Michael Paris | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

| Signature | Title |
|---|---|
| Michael Paris | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| Michael Paris | Revenue Agent |

Form 2039 (Rev. 12-2001)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
SUITE 470, SA-2801
4330 WATT AVENUE
SACRAMENTO, CA 95821-7012
(916) 974-5700
FAX (916) 974-5732

JUN 1 8 2008

CC:SB:7:SAC:1:GL:127289-08
KABeile

CERTIFIED and REGULAR MAIL

Larell H. Baldwin
250A Tabor Drive
Scotts Valley, California 95066

In re: Summons served on April 29, 2008

Dear Mr. Baldwin:

The Small Business/Self-Employed Area of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on April 29, 2008. Under the terms of the summons you were required to appear before Revenue Agent Michael Parisi on June 4, 2008.

Legal proceedings may be brought against you in the United States District Court for not complying with the summons. To avoid such proceedings, you are to appear before Revenue Agent:

   Name: Michael Parisi
   Date: July 1, 2008, Tuesday
   Time: 11:00 a.m.
  Address: Internal Revenue Service
     1301 Clay Street, Suite 990S, Ninth Floor
     Oakland, CA 94612

**EXHIBIT B**

CC:SB:7:SAC:1:GL:127289-08      - 2 -

    Any books, records, other documents, or testimony called for in the summons should be produced at the date and time shown above.

    If you have any questions, please contact Revenue Agent Michael Parisi at (530) 343-8258 extension 212.

                          Sincerely,

                          KANDIS A. BEILE
                          Paralegal Specialist (Sacramento, Group 1)
                          (Small Business/Self-Employed)
                          IRS I.D. No. 94-10224

Enclosure:
Summons served on April 29, 2008

cc: Internal Revenue Service
    1395 Ridgewood Drive, Suite 200
    Chico, CA 95973
    Att: Revenue Agent Michael Parisi

## VERIFICATION

I, **MICHAEL PARISI**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Agent in the Chico, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/22/2008__ at Chico, California.

_/s/ Michael Parisi_
MICHAEL PARISI

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
LARELL H. BALDWIN

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    SANTA CRUZ COUNTY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

DAVID L. DENIER, AUSA, TAX DIVISION
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102
(415) 436-6888

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
|  | **PERSONAL INJURY** |  |  | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 362 Personal Injury— Med. Malpractice | [ ] 690 Other |  | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 365 Personal Injury — Product Liability | **LABOR** | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 350 Motor Vehicle | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | [ ] 355 Motor Vehicle Product Liability | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
|  | **PERSONAL PROPERTY** |  | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | [ ] 370 Other Fraud | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 371 Truth in Lending | [ ] 790 Other Labor Litigation |  | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 380 Other Personal Property Damage | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 385 Property Damage Product Liability |  | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 360 Other Personal Injury |  | [ ] 871 IRS—Third Party 26 USC 7609 |  |
| [ ] 245 Tort Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence **Habeas Corpus:** |  |  |
|  | [ ] 442 Employment | [ ] 530 General | **IMMIGRATION** |  |
|  | [ ] 443 Housing/ Accommodations | [ ] 535 Death Penalty | [ ] 462 Naturalization Application |  |
|  | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] 463 Habeas Corpus – Alien Detainee |  |
|  | [ ] 445 Amer. w/Disabilities - Employment | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions |  |
|  | [ ] 446 Amer. w/Disabilities – Other | [ ] 555 Prison Condition |  |  |
|  | [ ] 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
SUMMONS ENFORCEMENT

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[ ] SAN FRANCISCO/OAKLAND    [X] SAN JOSE

DATE  8/22/08

SIGNATURE OF ATTORNEY OF RECORD
DAVID L. DENIER, AUSA, TAX DIVISION