RECEIVED

AUG 22 AM 11:57

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA and
MICHAEL PARISI, Revenue Agent,

Petitioners,

v.

LARELL H. BALDWIN,

Respondent.

NO. CV 08 4021 PVT

ORDER TO SHOW CAUSE RE
ENFORCEMENT OF INTERNAL
REVENUE SERVICE SUMMONS

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on  August 22, 2008 , 2008, it is hereby:

**ORDERED** that respondent Larell H. Baldwin appear before this Court on the  14  day of  October , 2008, at  10 A  m., in Courtroom No.  5 ,  4th  Floor, United States District Court,  Northern District of CA ,  San Jose , California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1      **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

     **ORDERED** this  11  day of  September , 2008, at San Jose , California.

*Patricia V. Trumbull*

UNITED STATES ~~XXXXXXXXX~~ JUDGE
Magistrate

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                       2