UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., )<br>              )<br>        Petitioners, )<br>              )<br>    v.        )<br>              )<br>LARELL H. BALDWIN, )<br>              )<br>        Respondent. )<br>_____ ) | Case No.: C 08-4021 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On August 22, 2008, petitioners United States of America and Michael Parisi filed a verified petition to enforce internal revenue service summons. ("verified petition"). This case has been assigned to a Magistrate Judge. Before the court takes any action on the verified petition, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than November 14, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1 | section of the court's website at www.cand.uscourts.gov.

2 |   IT IS SO ORDERED.

3 | Dated: *September 12, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge