1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,) | Case No.: C 08-04021 PVT |
| ) | |
| Petitioners, ) | **ORDER RE INTERNAL REVENUE** |
| ) | **SERVICE SUMMONS** |
| v. ) | |
| ) | |
| LARELL H. BALDWIN, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

17        Petitioners United States of America and Michael Parisi have sought to enforce a summons

18    served on respondent Larell H. Baldwin by the Internal Revenue Service of the United States

19    Department of the Treasury.  On April 29, 2008, revenue agent Parisi served a summons seeking

20    documents related to an investigation of potential federal tax liabilities for tax years 2000 to 2004.

21    The summons requested that Mr. Baldwin appear on June 4, 2008 at IRS offices.  Mr. Baldwin

22    failed to appear.  Thereafter, Mr. Baldwin again failed to appear as requested in a letter sent by the

23    revenue agent.

24        On August 22, 2008, the court issued an amended order to show cause which ordered

25    respondent to appear for a scheduled hearing to be held on November 18, 2008.  On September 30,

26    2008, respondent filed a response.  In sum, Mr. Baldwin states that certain medical limitations have

27    impacted his ability to respond to the summons and that he has made efforts to contact the revenue

28    agent.

1    On November 18, 2008, Assistant United States Attorney David Denier appeared and

2  informed the court that Mr. Baldwin had agreed to meet with the revenue agent on December 3,

3  2008 at 11AM.  Accordingly, it is hereby ordered that the hearing is continued until December 9,

4  2008 at 10AM.[1]  In the event, Mr. Baldwin cooperates with the revenue agent, petitioners may elect

5  to take the hearing off-calendar and dismiss the above-captioned matter.

6    IT IS SO ORDERED.

7  Dated:    *November 19, 2008*

8                                                  _Patricia V. Trumbull_
                                                   PATRICIA V. TRUMBULL
9                                                  United States Magistrate Judge

---

[1]    The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 2*

1   A copy of the order was mailed on November 19, 2008 to the following:

2   Larell H. Baldwin
    250A Tabor Drive
3   Scotts Valley, California 95066-2847

4

5
                                            _____EHP_____
6                                           Chambers of US Magistrate Judge
                                                 Patricia V. Trumbull
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28